1  CAMPBELL & WILLIAMS
   DONALD J. CAMPBELL, ESQ. (1216)
2  djc@cwlawlv.com
   J. COLBY WILLIAMS, ESQ. (5549)
3  jcw@cwlawlv.com
   700 South Seventh Street
4  Las Vegas, Nevada 89101
   Telephone: (702) 382-5222
5  Facsimile: (702) 382-0540

6
   *Attorneys for Defendants*
7  *Blue Macaw Mexican Restaurant LLC,*
   *Edmon Haddad and Penny Haddad*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIND MACAYO, LLC, an Arizona limited, liability company, | Case No. 2:19-cv-01451-JAD-VCF |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR HADDAD DEFENDANTS TO FILE RESPONSES TO (i) VERIFIED COMPLAINT, AND (ii) MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| BLUE MACAW MEXICAN RESTAURANT LLC, a Nevada limited liability company, EDMON HADDAD, an individual, and PENNY HADDAD, an individual, and MACAYO VEGAS, INC., a Nevada Corporation, | **(First Request)** |
| Defendants. | |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiff Kind Macayo, LLC and Defendants Blue Macaw Mexican Restaurant LLC, Edmon Haddad, and Penny Haddad (collectively the "Haddad Defendants") hereby STIPULATE: (i) to extend the time for the Haddad Defendants to file their response to the Verified Complaint (ECF No. 1); and (ii) to extend the time for the Haddad Defendants to file their response to Plaintiff's Motion for Preliminary Injunction (ECF No. 4). The Haddad Defendants' responses to the Verified Complaint are due on either September 11, 12 or 13, 2019 depending on the date they

were served with process.  The Haddad Defendants' responses to the Motion for Preliminary Injunction are due on September 4, 5 or 6 depending on the date they were served with the Motion.  If approved, the forgoing parties have agreed to an approximate two-week extension of time for the Haddad Defendants to file their responses to the Verified Complaint and the Motion for Preliminary Injunction, respectively.  Accordingly, the Haddad Defendants' response to the Verified Complaint would be due on **September 27, 2019**, and their response to the Motion for Preliminary Injunction would be due on **September 20, 2019**.  The Haddad Defendants agree that Plaintiff's agreement to the foregoing extension of time shall not be used by them to support any defense or argument based on the doctrine of laches.  This is the first stipulation seeking to extend the subject deadlines.

The Haddad Defendants submit that good cause exists to approve the requested stipulation as they were served on different dates with Plaintiff's Complaint and Motion such that consolidating the respective response dates promotes efficiency.  Additionally, the extension of time will allow the parties to determine whether this matter may be resolved at an early stage of the proceedings.

The parties submit that the short extensions requested herein are not for purposes of delay.

DATED: September 6, 2019

Respectfully submitted,

CAMPBELL & WILLIAMS

By  /s/ *J. Colby Williams*
J. COLBY WILLIAMS, ESQ. (#5549)
700 South Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Blue Macaw Mexican Restaurant LLC,*
*Edmon Haddad and Penny Haddad*

HOWARD & HOWARD ATTORNEYS PLLC

By  /s/ *Jonathan W. Fountain*
JONATHAN W. FOUNTAIN, ESQ. (10351)
3800 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169

*Attorneys for Plaintiff*
*Kind Macayo, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: September 6, 2019.