Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Jennifer R. Lloyd, Esq.
Nevada Bar No. 9617
Adam R. Ellis, Esq.
Nevada Bar No. 14514
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: jl@h2law.com
Email: are@h2law.com

*Attorneys for Plaintiff*
*KIND Macayo, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIND MACAYO, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BLUE MACAW MEXICAN RESTAURANT LLC, a Nevada limited liability company, EDMON HADDAD, an individual, and PENNY HADDAD, an individual, and MACAYO VEGAS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:19-cv-01451-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR:**<br><br>**(1) PLAINTIFF TO FILE AND SERVE ITS REPLY TO DEFENDANT MACAYO VEGAS, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; AND**<br><br>**(2) PLAINTIFF TO FILE AND SERVE ITS OPPOSITION TO DEFENDANT MACAYO VEGAS, INC.'S MOTION TO DISMISS** (ECF No. 31)<br><br>**(Second Request)** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR IA 6-1, Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff KIND Macayo LLC ("Plaintiff") and Defendant Macayo Vegas, Inc. ("MVI") hereby agree and stipulate, as follows:

1. Plaintiff filed its Motion for Preliminary Injunction (ECF No. 4) on August 20, 2019, and served MVI with the motion on August 22, 2019.

2. MVI filed and served its Response to Plaintiff's Motion for Preliminary Injunction on September 5, 2019 (ECF No. 21), and filed and served Plaintiff with its Cross-Motion to Dismiss on September 5, 2019 (ECF No. 22).

3. The parties previously agreed to extend the time for Plaintiff to file and serve its reply to MVI's Response to Plaintiff's Motion for Preliminary Injunction and its opposition to MVI's Cross Motion to Dismiss to October 3, 2019, and the Court approved. (*See* ECF No. 30.)

4. If approved by the Court, the parties have agreed to an additional extension of time for Plaintiff to file and serve its reply to MVI's Response to Plaintiff's Motion for Preliminary Injunction and its opposition to MVI's Cross Motion to Dismiss from October 3, 2019 to October 11, 2019.

5. Good cause exists for approval of the requested extensions as the parties have been engaged in meaningful settlement negotiations, and have, in-fact, made substantial progress in their settlement negotiations. The parties have exchanged drafts of a proposed settlement agreement that will resolve the entire action and are working diligently to finalize it.

6. The parties submit that the requested extensions set forth herein are made in good faith and not for purposes of delay.

**IT IS SO AGREED AND STIPULATED:**

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com

*Attorneys for Plaintiff*
*KIND Macayo, LLC*

By: /s/ Wes Williams Jr.
Wes Williams Jr., Esq.
Nevada Bar No. 6864
LAW OFFICES OF WES
WILLIAMS JR., P.C.
3119 Lake Pasture Rd.
P.O. Box 100
Schurz, NV 89427
Tel. (775) 530-9789
Email: wwilliamslaw@gmail.com

*Attorneys for Defendant*
*Macayo Vegas, Inc.*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: 10/9/2019

4831-2659-7032, v. 1