CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendants*
*Blue Macaw Mexican Restaurant LLC,*
*Edmon Haddad and Penny Haddad*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIND MACAYO, LLC, an Arizona limited, liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> BLUE MACAW MEXICAN RESTAURANT LLC, a Nevada limited liability company, EDMON HADDAD, an individual, and PENNY HADDAD, an individual, and MACAYO VEGAS, INC., a Nevada Corporation, <br><br> Defendants. | Case No. 2:19-cv-01451-JAD-VCF <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THE HADDAD DEFENDANTS TO FILE RESPONSES TO (i) VERIFIED COMPLAINT, AND (ii) MOTION FOR PRELIMINARY INJUNCTION** <br><br> **(Third Request)** <br><br> (ECF No. 32) |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiff Kind Macayo, LLC and Defendants Blue Macaw Mexican Restaurant LLC, Edmon Haddad, and Penny Haddad (collectively the "Haddad Defendants") hereby STIPULATE: (i) to extend the time for the Haddad Defendants to file their response to the Verified Complaint (ECF No. 1); and (ii) to extend the time for the Haddad Defendants to file their response to Plaintiff's Motion for Preliminary Injunction (ECF No. 4). The Haddad Defendants' responses to the Verified Complaint are due on October 11, 2019. (*See* ECF No. 29) (granting second extension request). The Haddad Defendants' responses to the Motion for Preliminary Injunction are due on

October 4. (*Id.*) If approved, the forgoing parties have agreed to a one-week extension of time for the Haddad Defendants to file their responses to the Verified Complaint and the Motion for Preliminary Injunction, respectively. Accordingly, the Haddad Defendants' response to the Verified Complaint would be due on **October 18, 2019**, and their response to the Motion for Preliminary Injunction would be due on **October 11, 2019**. The Haddad Defendants agree that Plaintiff's agreement to the foregoing extension of time shall not be used by them to support any defense or argument based on the doctrine of laches. This is the third stipulation seeking to extend the subject deadlines.

The parties submit that good cause exists for approval of the requested extensions as the parties have continued to be engaged in meaningful settlement negotiations to determine whether this case can be promptly settled, and have, in-fact, made substantial progress in their settlement negotiations. Since the time of the parties' last stipulation, they have prepared a draft written settlement agreement, exchanged edits and comments thereon, and expect to be able to finalize the document on or before next Friday.

The parties submit that the short extensions requested herein are not for purposes of delay.

DATED: October 3, 2019

Respectfully submitted,

CAMPBELL & WILLIAMS

By /s/ *J. Colby Williams*
J. COLBY WILLIAMS, ESQ. (#5549)
700 South Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Blue Macaw Mexican Restaurant LLC,*
*Edmon Haddad and Penny Haddad*

HOWARD & HOWARD ATTORNEYS PLLC

By /s/ *Jonathan W. Fountain*
JONATHAN W. FOUNTAIN, ESQ. (10351)
3800 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169

*Attorneys for Plaintiff*
*Kind Macayo, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: October 9, 2019.