CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendants*
*Blue Macaw Mexican Restaurant LLC,*
*Edmon Haddad and Penny Haddad*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIND MACAYO, LLC, an Arizona limited, liability company, | ) Case No. 2:19-cv-01451-JAD-VCF )  ) |
| Plaintiffs, | ) **STIPULATION AND** ) **ORDER EXTENDING TIME FOR** |
| vs. | ) **THE HADDAD DEFENDANTS TO** ) **FILE RESPONSES TO (i) VERIFIED** |
| BLUE MACAW MEXICAN RESTAURANT LLC, a Nevada limited liability company, EDMON HADDAD, an individual, and PENNY HADDAD, an individual, and MACAYO VEGAS, INC., a Nevada Corporation, | ) **COMPLAINT, AND (ii) MOTION** ) **FOR PRELIMINARY INJUNCTION** )  )  ) **(Fourth Request)** )  ) |
| Defendants. | ) ) |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for

Plaintiff Kind Macayo, LLC and Defendants Blue Macaw Mexican Restaurant LLC, Edmon

Haddad, and Penny Haddad (collectively the "Haddad Defendants") hereby STIPULATE: (i) to

extend the time for the Haddad Defendants to file their response to the Verified Complaint (ECF

No. 1); and (ii) to extend the time for the Haddad Defendants to file their response to Plaintiff's

Motion for Preliminary Injunction (ECF No. 4). The Haddad Defendants' responses to the

Verified Complaint are due on October 18, 2019. (*See* ECF No. 35) (order granting third extension

request). The Haddad Defendants' responses to the Motion for Preliminary Injunction are due on

October 11. (*Id*.) If approved, the forgoing parties have agreed to a two-week extension of time for the Haddad Defendants to file their responses to the Verified Complaint and the Motion for Preliminary Injunction, respectively. Accordingly, the Haddad Defendants' response to the Verified Complaint would be due on **November 1, 2019**, and their response to the Motion for Preliminary Injunction would be due on **October 25, 2019**. The Haddad Defendants agree that Plaintiff's agreement to the foregoing extension of time shall not be used by them to support any defense or argument based on the doctrine of laches. This is the fourth stipulation seeking to extend the subject deadlines.

The parties submit that good cause exists for approval of the requested extensions as the parties have continued to be engaged in meaningful settlement negotiations to determine whether this case can be promptly settled, and have, in-fact, made substantial progress in their settlement negotiations. Since the time of the parties' last stipulation, they have prepared a draft written settlement agreement, exchanged multiple edits and comments thereon, and expect to be able to finalize the document before the extended deadlines requested herein. Further good cause exists for the requested extension as Plaintiff's counsel will be in trial from October 15 -18, and counsel for the Haddad Defendants is out of the office from October 10 - 14, 2019, thus necessitating additional time to fully document the parties' proposed resolution.

The parties submit that the short extensions requested herein are not for purposes of delay.

DATED: October 9, 2019        Respectfully submitted,

CAMPBELL & WILLIAMS

By   /s/ *J. Colby Williams*

    J. COLBY WILLIAMS, ESQ. (#5549)
    700 South Seventh Street
    Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Blue Macaw Mexican Restaurant LLC,*
*Edmon Haddad and Penny Haddad*

HOWARD & HOWARD ATTORNEYS PLLC

By  /s/ *Jonathan W. Fountain*

    JONATHAN W. FOUNTAIN, ESQ. (10351)
    3800 Howard Hughes Parkway, Suite 100
    Las Vegas, Nevada 89169

*Attorneys for Plaintiff*
*Kind Macayo, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: October 15, 2019.

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222 • Fax: 702.382.0540
www.campbellandwilliams.com