Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Jennifer R. Lloyd, Esq.
Nevada Bar No. 9617
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: jl@h2law.com

*Attorneys for Plaintiff*
*KIND Macayo, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIND MACAYO, LLC, an Arizona limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> BLUE MACAW MEXICAN RESTAURANT LLC, a Nevada limited liability company, EDMON HADDAD, an individual, and PENNY HADDAD, an individual, and MACAYO VEGAS, INC., a Nevada corporation, <br><br> Defendants. | Case No. 2:19-cv-01451-JAD-VCF <br><br> **STIPULATION AND ORDER TO DISMISS CIVIL ACTION IN ITS ENTIRETY WITH PREJUDICE** <br><br> [ECF Nos. 4, 5, 22, 39] |

HOWARD & HOWARD ATTORNEYS PLLC

1

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff KIND Macayo LLC and Defendants Blue Macaw Mexican Restaurant LLC, Edmon Haddad, Penny Haddad, and Macayo Vegas, Inc. ("MVI") hereby agree and stipulate to dismiss this civil action, as to all parties and as to all claims, with prejudice.

**IT IS SO AGREED AND STIPULATED:**

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy.
Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com

*Attorneys for Plaintiff KIND Macayo, LLC*

By: /s/ Wes Williams Jr.
Wes Williams Jr., Esq.
Nevada Bar No. 6864
LAW OFFICES OF WES
WILLIAMS JR., P.C.
3119 Lake Pasture Rd., P.O. Box 100
Schurz, NV 89427
Tel. (775) 530-9789
Email: wwilliamslaw@gmail.com

*Attorneys for Defendant Macayo Vegas, Inc.*

By: /s/ J. Colby Williams
J. Colby Williams, Esq.
Nevada Bar No. 5549
CAMPBELL & WILLIAMS
700 South Seventh Street
Las Vegas, NV 89101
Tel. (702) 382-5222
Email: jcw@campbellwilliams.com

*Attorneys for Defendants*
*Blue Macaw Mexican Restaurant LLC,*
*Edmon Haddad and Penny Haddad*

**Order**

Based on the parties' stipulation [ECF No. 39] and good cause appearing, IT IS HEREBY ORDERED that **plaintiff KIND Macayo, LLC's claims are DISMISSED with prejudice.**

IT IS FURTHER ORDERED KIND Macayo, LLC's motion for a preliminary injunction **[ECF No. 4]** and defendant Macayo Vegas, Inc.'s cross-motion to dismiss **[ECF No. 22] are DENIED as moot.**

I have reviewed the redacted portions of the Verified Complaint for Injunctive Relief and Damages, Exhibits B and C to that pleading, and the redacted portions of the motion for injunctive relief in camera, and I conclude that KIND Macayo, LLC has shown good cause and

and compelling reasons exist to seal these judicial records because they contain or discuss trade-secret and similar confidential information that a competitor could use for its own advantage and KIND Macayo, LLC's disadvantage. *In re Midland Nat. Life Ins. Co. Annuity Sales Practices Litig.*, 686 F.3d 1115, 1119 (9th Cir. 2012); *Foltz v. St. Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135-36, 1138 (9th Cir. 2003); *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Thus, IT IS FURTHER ORDERED that KIND Macayo, LLC's motion to seal **[ECF No. 5] is GRANTED.**

The Clerk of Court is directed to **MAINTAIN the seal on ECF Nos. 6, 7, 8, and 9** and **CLOSE** this case.

_____
U.S. District Judge Jennifer A. Dorsey
DATED: October 30, 2019